LOURDES G. BAIRD
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ALVAN M. JOFFE
ASSISTANT UNITED STATES ATTORNEY
312 NORTH SPRING STREET
LOS ANGELES, CA. 90012
213-894-2470
Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>ROBERT M. CHAVEZ,<br>　　　　Defendant. | COURT NO: CV 91A10216<br><br>DEFAULT JUDGMENT |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from ROBERT M. CHAVEZ, the sum of $1,453.15 as principal, $253.44 as accrued prejudgment interest, $112.93 administrative charges, a surcharge of $0.00, and $140.60 costs for a total amount of $ 1,960.12, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUN 2 5 1992

　　　　　　　　　　　　　　LEONARD A. BROSNAN, CLERK
　　　　　　　　　　　　　　U.S. District Court
　　　　　　　　　　　　　　Central District of California

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Deputy Clerk